**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Justin D. Balser, AZ SBN 027850
justin.balser@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
RealPage, Inc. d/b/a/ On-Site
and RP On-Site LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Graham, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RealPage, Inc. d/b/a/ On-Site and RP On-Site LLC,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441, 1446** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants RealPage, Inc. d/b/a/ On-Site and RP On-Site LLC ("Defendants") hereby remove this action from the Superior Court of the State of Arizona, County of Maricopa, to this court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Removal is proper because this Court has subject matter jurisdiction over this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331.

**I. BACKGROUND**

1. On or about February 8, 2022, Plaintiff Brandon Graham ("Plaintiff") filed a Complaint against Defendants in the Superior Court for the State of Arizona, County of Maricopa, Case No. CV2022-001575 (the "State Court Action").

2.    Defendants were each separately served with the Complaint on February 17, 2022. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## II.    FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1331

3.    Defendants deny the allegations in the Complaint, deny that Plaintiff has stated a claim for which relief may be granted, and deny that Plaintiff has been damaged. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, he could have originally filed the Complaint in this Court under federal question jurisdiction. Plaintiff's claims under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681e(b) and 1681g(a) ("FCRA") arise under the laws of the United States.

4.    Specifically, in the Complaint, Plaintiff alleges two counts against Defendants. In the first count, Plaintiff claims that Defendants violated § 1681e(b) of the FCRA by allegedly failing to follow reasonable procedures to assure maximum possible accuracy of information in his consumer report. Compl. ¶ 99.

5.    In the second count, Plaintiff claims that Defendants violated § 1681g(a) of the FCRA by allegedly failing to disclose to Plaintiff all information in his consumer file at the time of his request. Compl. ¶ 107.

6.    Under 28 U.S.C. § 1331, federal courts have original jurisdiction of all cases that arise under federal law, and such cases are explicitly within this Court's federal question jurisdiction. The FCRA is a federal statute that arises under federal law. The FCRA also specifically vests district courts with jurisdiction over any "action to enforce any liability created under [the FCRA]." 15 U.S.C. § 1681p. Therefore, this Court has federal question jurisdiction over this action because Plaintiff's claims arise under the FCRA. This case is removeable to this Court under 28 U.S.C. § 1331. *See Silvas v. GMAC Mortg., LLC*, No. 09-CV-0265, 2009 U.S. Dist. LEXIS 39087 (D. Ariz. Apr. 23, 2009) (holding even one claim 'arising under' federal law is sufficient for original jurisdiction of the district court for removal).

## III.    ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

7.    Removal of this action is timely because Defendants were served with the Complaint on February 17, 2022. 28 U.S.C. § 1446(b) ("[t]he notice of removal of a civil action or proceeding

shall be filed within thirty days after the receipt by the defendant . . . of a copy of the initial pleading . . . or . . . service of summons upon the defendant.").

8. This Court is the appropriate forum. Plaintiff filed suit in Maricopa County Superior Court. This Court is the federal judicial district embracing this district and county. 28 U.S.C. § 1441.

9. Defendants are the only named defendants in this action. Accordingly, removal by Defendants is proper under 28 U.S.C. § 1446(b)(2).

10. The summons and complaints that were served on Defendants are included as **Exhibit A**. Plaintiff has not served Defendants with any other documents. Defendants include the remaining documents filed in the State court action, also in Exhibit A. 28 U.S.C. § 1446(a).

11. A copy of the most recent version of the state court docket is attached as **Exhibit B**. LRCiv 3.6(b).

12. Defendants will submit a civil cover sheet and supplemental civil cover sheet with this notice of removal.

13. In accordance with 28 U.S.C. § 1446(d) and LRCiv 3.6(a), Defendants will also serve written notice of this filing on Plaintiff and will file a copy of this notice with the clerk in the State Court Action.

### IV.   RESERVATION OF RIGHTS

14. Defendants deny the allegations contained in Plaintiff's Complaint and file this Notice of Removal without removing any defenses, objections, exceptions, or obligations that may exist in favor in either state or federal court, including the right to move to compel arbitration of this matter.

15. Further, Defendants do not concede in any way that the allegations in the Complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

16. Defendants also reserve the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the State Court

Action, Defendants expressly request the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this action is removable.

WHEREFORE, Defendants hereby remove this action to this Court and seek all other relief this Court deems equitable and just.

Dated: March 18, 2022

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Justin D. Balser*
    Justin D. Balser

Attorneys for Defendants
RealPage, Inc. d/b/a/ On-Site
and RP On-Site LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 18TH day of March 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF and a copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441, 1446** was served via regular mail on the following:

| | |
|---|---|
| Mark L. Heaney, Esq.<br>HEANEY LAW FIRM, LLC<br>601 Carlson Parkway, Suite 1050<br>Minnetonka, MN 55305<br>Tel: 952.933.9655<br>Email: mark@heaneylaw.com | *Attorney for Plaintiff,*<br>*BRANDON GRAHAM* |

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2022, at Irvine, CA.

_____
EVELYN DUARTE