# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Graham,<br><br>    Plaintiff,<br><br>v.<br><br>RealPage Incorporated, et al.,<br><br>    Defendants. | No. CV-22-00428-PHX-DWL<br><br>**ORDER** |

IT IS ORDERED that the parties' Stipulation to Dismissal (Doc. 16) is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall dismiss this action with prejudice, without an award of fees or costs to either party.

Dated this 8th day of June, 2022.

Dominic W. Lanza
United States District Judge